# STATE OF MICHIGAN

# COURT OF APPEALS

PRIORITY PATIENT TRANSPORT, LLC,

      Plaintiff-Appellant,

v

FARMERS INSURANCE EXCHANGE

      Defendant-Appellee.

UNPUBLISHED
May 2, 2017

No. 329420
Wayne Circuit Court
LC No. 15-008254-NF

Before: RIORDAN, P.J., and FORT HOOD and SERVITTO, JJ.

SERVITTO, J. (*concurring*).

      I concur in the result only.

                                 /s/ Deborah A. Servitto

-1-